Certificate Number: 05781-CT-DE-041634683

Bankruptcy Case Number: 26-30762

05781-CT-DE-041634683

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2026, at 12:02 o'clock PM PST, Danielle Daversa completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date: November 3, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President